UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ALFONSO JANNOTTA | : | |
| | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:14-cv-01628-WWE |
| | : | |
| v. | : | |
| | : | |
| NAUTILUS, INC., et al | : | |
| | : | |
| Defendants. | : | September 2, 2015 |

**NOTICE OF STIPULATION OF**
**VOLUNTARY DISMISSAL OF ACTION AGAINST DEFENDANT NAUTILUS, INC.**

Pursuant to Fed. R. Civ. 21 and 41(a)(1)(a)(ii), the parties hereto stipulate to the voluntary dismissal of the First Count of the Plaintiff's Complaint dated October 2, 2014 as to the defendant, Nautilus, Inc., ONLY.  Said voluntary dismissal is with prejudice.

Counts Two, Three and Four of the Plaintiff's Complaint dated October 24, 2015 against the defendant's, Don't Shoot the Messenger, Inc., D.S.T.M., Inc. and Go Configure, Inc. respectively are not voluntarily dismissed and remain in full force and effect.

| PLAINTIFF | DEFENDANT |
|---|---|
| ALFONSO JANNOTTA | NAUTILUS, Inc. |

By: /s/ Joseph P. Friedler  
    Joseph P. Friedler  
    Federal Bar No. CT 17951  
    Friedler & Friedler, P.C  
    679 State Street  
    New Haven, CT 06511  
    Phone: (203) 772-1810  
    Facsimile:  (203) 772-1813  
    Joefriedler@friedlerlaw.com  
    His Attorney

By: /s/ Kevin M. Smith  
    Kevin M. Smith  
    Federal Bar No. CT 24774  
    Wiggin and Dana LLP  
    One Century Tower  
    P.O. Box 1832  
    New Haven, CT 06508  
    Phone:  203 498 4400  
    Facsimile:  203 782 2889  
    ksmith@wiggin.com  
    Its Attorney

THE DEFENDANTS  
Don't Shoot the Messenger, Inc.  
DSTM, Inc.  
Go Configure, Inc.

By: /s/ Craig A. Fontaine  
    Craig A. Fontaine  
    Federal Bar No. CT  
    Fontaine Alissi, P.C.  
    750 Main Street, Suite 1600  
    Hartford, CT 06103  
    Phone: 860 856 6340  
    Facsimile:  860 548 1223  
    cfontaine@fontaine-alissi.com  
    Their Attorney

**CERTIFICATION**

      I hereby certify that on September 2, 2015 a copy of the foregoing Motion was electronically filed and served by regular mail, postage prepaid, as follows:

Kevin M. Smith, Esq.
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508

Craig A. Fontaine, Esq.
Fontaine Alissi, P.C.
750 Main Street, Suite 1600
Hartford, CT 06103

                PLAINTIFF
                ALFONSO JANNOTTA

           By: /s/ Joseph P. Friedler
                Joseph P. Friedler
                Federal Bar No. CT 17951
                Friedler & Friedler, P.C
                679 State Street
                New Haven, CT 06511
                Phone: (203) 772-1810
                Facsimile:  (203) 772-1813
                Joefriedler@friedlerlaw.com
                His Attorney